



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHEAL L. TURNBOW, )
)
PLAINTIFF, )
)
)
)
vs. )
)
JACKSON LEWIS P.C. LAW FIRM )
HANNAH G. GARLOUGH )
HANNAH G. GARLOUGH'S SECRETARY )
)
DEFENDANTS. )

1:26-cv-03285
Judge Charles P. Kocoras
Magistrate Judge M. David Weisman
Random/Cat 2

**RECEIVED**

MAR 25 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT AT LAW**

I, MICHEAL L. TURNBOW, BRING FORTH THE FOLLOWING CAUSE OF ACTION AND STATE AS FOLLOWS:

1.) I, MICHEAL L. TURNBOW, AM A RESIDENT OF THE UNITED STATES AND RESIDES AT 1531 NORTH AUSTIN BLVD APT. 31-1 CHICAGO IL. 60651 EMAIL ADDRESS IS michealturnbow@gmail.com.

2.) JACKSON LEWIS P.C. LAW FIRM IS A LEGALLY DEFINED BUSINESS AND IS LOCATED AT 150 NORTH MICHIGAN AVENUE SUITE 2500 CHICAGO IL. 60601.

3.) I, MICHEAL L. TURNBOW, AM BRINGING FORTH THIS LAWSUIT AGAINST JACKSON LEWIS P.C. LAW FIRM AND HANNAH G. GARLOUGH AND HANNAH G. GARLOUGH'S SECRETARY FOR VIOLATING MY CONSTITUTIONAL RIGHT TO DUE PROCESS.

4.) I, MICHEAL L. TURNBOW, AM BRINGING FORTH THIS LAWSUIT AGAINST JACKSON LEWIS P.C. LAW FIRM AND HANNAH G. GARLOUGH AS WELL AS HANNAH G. GARLOUGH'S SECRETARY FOR VIOLATING MY CONSTITUTIONAL RIGHT TO DUE PROCESS AS WELL AS INTERFERING IN LEGAL PROCEEDINGS AND ALSO FOR ALTERING MY INTERROGATORY QUESTION DURING FACT DISCOVERY THEN LYING ABOUT THE ALTERED QUESTION BY STATING THAT THE ALTERED QUESTION WAS PART OF THE INTERROGATORY QUESTIONS WHEN IN FACT IT WAS NOT WHILE REPRESENTING THEIR CLIENT COOK DUPAGE TRANSPORTATION/ NATIONAL EXPRESS ON OR ABOUT THE 7TH MONTH OF THE YEAR 2024.

5.) THE DEFENDANTS, JACKSON LEWIS P.C. LAW FIRM AND HANNAH G. GARLOUGH AS WELL AS HANNAH G. GARLOUGH'S SECRETARY ACTIONS HAS CAUSED ME GREAT HARM. THEIR ACTIONS HAS PREVENTED ME FROM GETTING THE EVIDENCE THAT I AM ENTITLED TO DURING FACT DISCOVERY. THIS IS A CLEAR VIOLATION OF MY CONSTITUTIONAL RIGHT TO DUE PROCESS.

6.) THE 5TH AND THE 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION GUARANTEES ME THE RIGHT TO A FAIR TRIAL WHICH THE DEFENDANTS HAS CLEARLY VIOLATED.

7.) RULE 3.4 (A) OF THE MODEL RULE OF PROFESSIONAL CONDUCT FOR ATTORNEYS STATES A LAWYER SHALL NOT UNLAWFULLY OBSTRUCT ANOTHER PARTIES ACCESS TO EVIDENCE OR UNLAWFULLY ALTER, DESTROY, OR CONCEAL A DOCUMENT OR MATERIAL HAVING POTENTIAL EVIDENTIARY VALUE. ALTERING AN INTERROGATORY QUESTION CLEARLY VIOLATES THIS RULE.

8.) THE DEFENDANTS HAS COMMITTED OBSTRUCTION OF JUSTICE, TAMPERING WITH EVIDENCE AND PERJURY ALL WHILE REPRESENTING THEIR CLIENT COOK DUPAGE TRANSPORTATION/ NATIONAL EXPRESS.

9.) I, MICHEAL L. TURNBOW, AM SEEKING THE RELIEF OF $10 MILLION DOLLARS. $6 MILLION DOLLARS FOR VIOLATING MY CONSTITUTIONAL RIGHT TO DUE PROCESS AND $4 MILLION DOLLARS FOR PUNITIVE DAMAGES.

WHEREFORE, THE PLAINTIFF, RESPECTFULLY REQUESTS THAT THIS COURT ENTER JUDGMENT AGAINST THE DEFENDANTS AS FOLLOWS:

A. AN AWARD OF COMPENSATORY DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL;
B. AN AWARD OF RESTITUTION IN AN AMOUNT TO BE DETERMINED AT TRIAL;
C. AN AWARD OF STATUTORY DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL;
D. AN AWARD OF PUNITIVE DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL;
E. AN ORDER REQUIRING DEFENDANT TO PAY BOTH PRE-AND POST-JUDGMENT INTEREST ON ANY AMOUNTS AWARDED;
F. FOR REASONABLE FEES AND COSTS OF SUIT INCURRED; AND
G. FOR SUCH FURTHER RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.

**DEMAND FOR JURY TRIAL**

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL COUNTS AND AS TO ALL ISSUES.

RESPECTFULLY SUBMITTED,

/s/ MICHEAL L. TURNBOW
MICHEAL L. TURNBOW
1531 NORTH AUSTIN BLVD APT. 31-1
CHICAGO IL. 60651
EMAIL ADDRESS IS michealturnbow@gmail.com